USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVON TERRELL ROSS,

Plaintiff,

-v-

COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

Defendant.

**ORDER**

26-CV-5912 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated July 17, 2026, the Parties were directed to submit a proposed scheduling order by email to RicardoNYSDChambers@nysd.uscourts.gov by July 27, 2026. ECF No. 30. No such scheduling order has been received. The Parties are directed to submit the order by email by the **end of the day**.

**SO ORDERED.**

Dated: July 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge