USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVON TERRELL ROSS,

Plaintiff,

-v-

COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

Defendant.

**ORDER**

26-CV-5912 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's status update. ECF No. 41. Defendant is directed to continue attempting to communicate with Plaintiff. The parties shall file another status update by **December 11, 2026**.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge